1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  ERIN SNIDER, CA Bar #304781
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   CHRISTINE CAROLYN VULICH
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | Case No. 1:20-cr-00018-JLT
12 |        Plaintiff,                | **STIPULATION TO VACATE STATUS CONFERENCE AND SET FOR SENTENCING; ORDER**
13 | vs.                              |
14 | CHRISTINE CAROLYN VULICH,        | Date:  February 26, 2024
   |                                  | Time:  9:00 a.m.
15 |        Defendant.                | Judge: Hon. Jennifer L. Thurston
16

17         IT IS HEREBY STIPULATED by and between the parties through their respective

18 counsel, Assistant United States Attorney Joseph Barton, counsel for plaintiff, and Assistant

19 Federal Defender Erin Snider, counsel for Christine Carolyn Vulich, that the Court may vacate

20 the status conference currently scheduled for January 25, 2024, and set this matter for sentencing

21 on February 26, 2024, at 9:00 a.m. before the Honorable Jennifer L. Thurston.

22         Ms. Vulich made her initial appearance on the Superseding Petition for Warrant or

23 Summons for Offender Under Supervision (ECF #12) on April 22, 2022. At that time, she

24 entered admissions as to Charges 1, 2, and 3, and the Court released her with the condition that

25 she participate in the Teen Challenge inpatient treatment program. On July 5, 2022, the probation

26 officer filed a Second Superseding Petition for Warrant or Summons for Offender Under

27 Supervision (ECF #16), which included the three original charges to which Ms. Vulich already

28 admitted and added a fourth charge alleging that Ms. Vulich failed to participate in the Teen

Challenge program.

On January 22, 2024, Ms. Vulich made her initial appearance on the Second Superseding Petition. Through counsel, she denied Charge 4, the sole charge added in the Second Superseding Petition. After ordering Ms. Vulich detained, the Court set the matter for a status conference on January 25, 2024.

The parties now request that the Court vacate the status conference and set this matter for a sentencing hearing. The government and the probation officer have agreed to dismiss Charge 4 and Ms. Vulich has previously admitted to the remaining allegations in the Second Superseding Petition. The parties and the probation officer have conferred and are all available for a sentencing hearing on February 26, 2024, at 9:00 a.m.

**IT IS SO STIPULATED.**

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: January 23, 2024

*/s/ Joseph Barton*
JOSEPH BARTON
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: January 23, 2024

*/s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
CHRISTINE CAROLYN VULICH

**O R D E R**

**IT IS SO ORDERED.** The status conference scheduled for January 25, 2024, is hereby vacated. This matter is set for sentencing on **February 26, 2024, at 9:00 a.m. before the Honorable Jennifer L. Thurston**.

IT IS SO ORDERED.

Dated:   **January 23, 2024**              /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE