HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
CHRISTINE CAROLYN VULICH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTINE CAROLYN VULICH,<br><br>Defendant. | Case No. 1:20-cr-00018-JLT<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING; ORDER**<br><br>Date:   March 25, 2024<br>Time:  9:00 a.m.<br>Judge: Hon. Jennifer L. Thurston |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Joseph Barton, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Christine Carolyn Vulich, that the Court may continue the sentencing hearing currently scheduled for February 26, 2024, to March 25, 2024, at 9:00 a.m.

On February 16, 2024, the probation officer filed a Dispositional Memorandum that contains new allegations not previously disclosed to defense counsel. Defense counsel requires additional time to investigate these new allegations and respond appropriately. Neither the government nor the probation officer have any objection to the requested continuance, and all parties are available on March 25, 2024.

**IT IS SO STIPULATED.**

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: February 20, 2024            */s/ Joseph Barton*
                                   JOSEPH BARTON
                                   Assistant United States Attorney
                                   Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: February 20, 2024            */s/ Erin Snider*
                                   ERIN SNIDER
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   CHRISTINE CAROLYN VULICH


**O R D E R**

**IT IS SO ORDERED.** The sentencing hearing currently scheduled for February 26, 2024, at 9:00 a.m. is hereby continued to March 25, 2024, at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **February 20, 2024**                          _____
                                                        UNITED STATES DISTRICT JUDGE